FILED
June 21, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Ronald Groves,<br><br>        Defendant. | Case No. 2:07-cr-229 FCD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Ronald Groves</u> Case <u>2:07-cr-229 FCD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000 cosigned by defendant's wife.

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) <u>PTS conditions/supervision</u>

Issued at <u>Sacramento, CA</u> on <u>6/21/07</u> at <u>2:55 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge