```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RONALD W. GROVES
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,       )  NO. CR-S-07-0229 FCD
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  STATUS CONFERENCE
13       v.                         )
                                    )
14  RONALD W. GROVES, and           )  Date:  July 14, 2008
    DONALD C. MANN,                 )  Time:  10:00 a.m.
15                                  )  Judge: Honorable Frank C.
                Defendants.         )  Damrell, Jr.
16                                  )
17  _____
```

18      It is hereby stipulated and agreed to between the United States of

19  America through R. Steven Lapham, Assistant United States Attorney,

20  RONALD W. GROVES, by and through his counsel, Matthew C. Bockmon,

21  Assistant Federal Defender, and DONALD C. MANN, by and through his

22  counsel, DWIGHT M. SAMUEL, that the status conference presently

23  scheduled for May 27, 2008, be vacated and rescheduled for status

24  conference on July 14, 2008, at 10:00 a.m.

25      This continuance is being requested because of on-going defense

26  investigation and preparation and because counsel for Defendant Ronald

27  W. Groves is not available on May 27, 2008.

28      IT IS FURTHER STIPULATED that the period from May 27, 2008,

1 through and including July 14, 2008, be excluded in computing the time
2 within which trial must commence under the Speedy Trial Act, pursuant
3 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4 preparation of counsel.

5 Dated: May 23, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
RONALD W. GROVES

/s/  Matthew C. Bockmon for
_____
DWIGHT M. SAMUEL
Attorney for Defendant
DONALD C. MANN

Dated: May 23, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
R. STEVEN LAPHAM
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 23, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge

Stip & Order                               2