UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

                                 NO. CR. S-07-0229 FCD

       Plaintiff,

   v.                         ORDER

RONALD W. GROVES, and
DONALD C. MANN,

       Defendants.

----oo0oo----

    IT IS HEREBY ORDERED that defendants shall not file any documents pertaining to their civil action in the Superior Court District of Columbia, civil case number 09CA005865B, in this criminal action.

    IT IS FURTHER ORDERED that the Clerk's Office shall disregard and not file any documents pertaining to defendants' civil action in this case.

    IT IS SO ORDERED.

DATED: August 20, 2009

                        _____

                        FRANK C. DAMRELL, JR.
                        UNITED STATES DISTRICT JUDGE

1