IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR. NO. 07-0229-FCD GGH |
| vs. | | |
| RONALD W. GROVES, and<br>DONALD C. MANN, | | |
| Defendants. | / | |
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR. NO. 09-0409- EGJ GGH |
| vs. | | |
| RONALD WESLEY GROVES, and<br>DONALD CHARLES MANN, | | |
| Defendants. | | ORDER |
| | / | |

On October 8, 2009, one of the sealing orders filed in each case by its terms sealed all documents in the above captioned cases, and were mistakenly filed by the court.  (Docket #s 79 in the 07-229 case, and 19 in the 09-409 case.)  The undersigned intended to seal only those documents specifically referenced in the other concurrently filed government's proposed sealing orders (Docket #s 18 and 78 respectively), which listed specific documents.

\\\\\

1

1 During the years the undersigned has been magistrate judge, the undersigned has observed with some question the practice of some AUSAs to file two proposed sealing orders when one is all that is necessary to respond to a sealing request. Henceforth, the undersigned will only accept one proposed sealing order in which all the documents requested to be sealed are specifically listed. If all the documents in a case or matter are to be sealed until further order of the court, something that often occurs, for example, in a search warrant or criminal complaint application, the one order shall reflect that request.

Accordingly, IT IS ORDERED that the following sealing orders are vacated: Docket # 79 in case number 07-cr-0229 FCD, and docket #19 in case number 09-cr-0409 EJG.

DATED: October 8, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:07cr229.vac.wpd