Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
RONALD GROVES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR. S-07-0229 FCD |
|---|---|
| Plaintiff, | **ORDER FOR SUBSTITUTION OF ATTORNEY** |
| vs. | |
| RONALD GROVES, | |
| Defendant. | |

It is respectfully requested that Ronald Groves be relieved as pro per attorney of record in the instant action, and that Michael E. Hansen be substituted in as appointed counsel.

Dated: March 24, 2010                                    Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN

I consent to the above substitution.

Dated: March 24, 2010                                    /s/ Ronald Groves
RONALD GROVES
Defendant

I consent to the above substitution.

Dated: March 24, 2010                                    /s/ Michael E. Hansen
MICHAEL E. HANSEN

/ / / / /

/ / / / /

/ / / / /

1

**Order for Substitution of Attorney**

1  **ORDER**

2      IT IS SO ORDERED.

3  Dated: March 24, 2010

                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

**Order for Substitution of Attorney**