Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.438.7721

Attorney for Defendant
RONALD GROVES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RONALD GROVES,<br><br>DONALD MANN,<br><br>　　　　　　　　　Defendants. | Case No. 2:07-CR-0229 FCD<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Steve Lapham, Assistant United States Attorney, attorney for plaintiff, Olaf Hedberg, attorney for Donald Mann and Michael E. Hansen, attorney for defendant Ronald Groves, that the previously-scheduled trial confirmation hearing date of December 13, 2010, be vacated, and the matter set for trial confirmation hearing on May 2, 2011, at 10:00 a.m. Additionally, the parties stipulate to vacate the January 11, 2011 jury trial date and reset for jury trial on May 24, 2011, at 9:00 a.m.

　　　　This continuance is requested to allow counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. Specifically, defense counsel recently received from the government more than 108 hours of jail recordings.  Also, defense counsel was provided significant amounts of work product from the defendants' prior attorneys last week.

**Stipulation and Order to Continue Status Conference**

Accordingly, counsel and the defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 24, 2011, should be excluded in computing time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4 [reasonable time for defense counsel to prepare].

Dated:  December 9, 2010                              Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
RONALD GROVES

Dated:  December 9, 2010                              /s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant
DONALD MANN

Dated:  December 9, 2010                              U.S. ATTORNEY'S OFFICE

/s/ Steve Lapham
STEVE LAPHAM
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the previously-scheduled trial confirmation hearing date of December 13, 2010 and the previously-scheduled jury trial date of January 11, 2011 be vacated and the matter set for trial confirmation hearing on May 2, 2011, at 10:00 a.m., and jury trial on May 24, 2011, at 9:00 a.m.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Code T4.

Dated: December 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Status Conference**