UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONALD W. GROVES, and<br>DONALD C. MANN,<br><br>　　　　Defendants.<br>_____/ | NO. CR. S-07-00229 KJM<br><br>**TRIAL CONFIRMATION ORDER** |

The trial in the above-captioned case, scheduled to commence on May 24, 2011, at 9:00 a.m., was confirmed at the hearing held on April 28, 2011. In preparation for the upcoming trial, the Court hereby ORDERS:

**I.     TRIAL BRIEFS AND STATEMENT OF THE CASE**

No later than May 16, 2011, the parties shall file a trial brief and a statement of the case with the court. In their trial briefs, the parties shall include a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, any other information the parties believe is relevant, and citations of authority in support thereof. In lieu of a statement of the case, the parties may file a joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

/////

/////

## II.  PROPOSED JURY INSTRUCTIONS

Counsel are informed that the court has prepared a standard set of standard jury instructions.  In general, they cover all aspects of the trial except those relating to the charges contained in the charging document.  Accordingly, counsel need not prepare instructions concerning matters within the scope of the prepared instructions.  A copy of the prepared instructions will be provided to the parties by the courtroom deputy concurrently with the issuance of this order.  Counsel are further directed that additional jury instructions they propose shall be filed no later than May 16, 2011.  As to any instructions counsel desire to offer, the proposing party shall also submit a sanitized copy in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

## III.  PROPOSED VOIR DIRE QUESTIONS AND VERDICT FORM

The parties may file proposed voir dire questions no later than May 16, 2011.  In addition, the Government shall file a proposed verdict form.  Any proposed voir dire questions and the proposed verdict form shall also be submitted in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

## IV.  MOTIONS IN LIMINE

The parties shall file with the court motions in limine or notices of intent to renew previously filed motions, if any, no later than May 9, 2011.[1]  Each motion shall contain a plain, concise summary of any reasonably anticipated disputes concerning admissibility of evidence, including but not limited to live and deposition testimony, physical and demonstrative evidence and the use of special technology at trial, including computer animation, video discs, and other high technology.  Any opposition briefs to the motions in limine shall be filed no later than May 16, 2011.  The motions in limine shall be heard on May 19, 2011 at 10:00 a.m.

/////
/////
/////

---

[1] The parties are required to meet and confer about such disputes before filing a motion to determine if agreement can be reached.

**V.      EXHIBIT LIST AND WITNESS LIST**

The government shall, and the defendant may, file exhibit and witness lists no later than May 16, 2011.  The exhibit list shall also be submitted in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

All exhibits shall be pre-marked with exhibit stickers provided by the court.  The government's exhibits shall be numbered.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter.  The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

DATED: April 29, 2011.

_____
UNITED STATES DISTRICT JUDGE