BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RONALD W. GROVES, et al.,<br><br>        Defendants. | CR. NO.S-07-00229-KJM<br><br>ORDER DISMISSING COUNTS<br>3, 9-11 AND 16 OF THE<br>INDICTMENT |

Based on the government's motion,

IT IS HEREBY ORDERED that counts 3, 9, 10, 11 and 16 of the above-captioned indictment filed on May 31, 2007, be and hereby are dismissed as to both defendants.

DATED: March 20, 2013.

_____
UNITED STATES DISTRICT JUDGE

1